

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.K.B., a Child

No. 06-12-00109-CV

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 71609). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Natalie Davis, pay all costs of this appeal.

RENDERED MARCH 21, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk